# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARQUISE DRUMWRIGHT,** | **Case No. 1:20-cv-00939-AWI-EPG (PC)** |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |
| v. | **(ECF Nos. 40 & 51)** |
| **G. GOMEZ,** | |
| Defendant. | |

Marquise Drumwright ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 3, 2021, Defendant filed a motion for summary judgment on the ground that Plaintiff failed to properly exhaust his available administrative remedies.  (ECF No. 40). On December 9, 2021, Defendant filed a declaration.  (ECF No. 42).  Attached to the declaration is a document that the Court construes as including Plaintiff's opposition to Defendant's motion for summary judgment.  (Id. at 5-11).  On December 22, 2021, Plaintiff filed a response to Defendant's declaration.  (ECF No. 44).  On January 7, 2022, Defendant filed a reply to Plaintiff's opposition.  (ECF No. 48).

On January 21, 2022, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending that "Defendant's motion for summary judgment be

granted," and that "[t]his action be dismissed without prejudice because Plaintiff failed to exhaust his available administrative remedies before filing this action." (ECF No. 51, p. 14).

The parties were provided an opportunity to file objections to the findings and recommendations. Plaintiff filed his objections on February 18, 2022. (ECF No. 52). On March 3, 2022, Defendant filed his response to Plaintiff's objections. (ECF No. 53).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations (Doc. No. 51) issued by the magistrate judge on January 21, 2022, are ADOPTED in full;

2.  Defendant's motion for summary (Doc. No. 40) judgment is granted;

3.  This action is dismissed without prejudice because Plaintiff failed to exhaust his available administrative remedies before filing this action; and

4.  The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   March 24, 2022

_____
SENIOR  DISTRICT  JUDGE

2